UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.Z. et al.,<br><br>                    Plaintiffs,<br><br>         -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                    Defendant. | 24-cv-7480 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    As the parties have reached a settlement and stipulated to dismiss this case with prejudice under Fed. R. Civ. P. 41 (Dkt. 12), the Clerk of Court is respectfully requested to close this case.

    SO ORDERED.

Dated: January 24, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge